UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Eleanor Ansari,<br>      *Plaintiff*,<br><br>      v.<br><br>Metropolitan Life Insurance Company,<br>      *Defendant*. | §<br>§<br>§<br>§  Civil Action No. 3:14-cv-30035-KPN<br>§<br>§<br>§ |

**DEFENDANT'S MOTION FOR JUDGMENT ON THE ADMINISTRATIVE RECORD**

Defendant Metropolitan Life Insurance Company ("MetLife"), by and through its counsel, Sulloway & Hollis, P.L.L.C., hereby moves for judgment on the administrative record.

In this action brought under the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001 et seq. ("ERISA"), plaintiff Eleanor Ansari ("Ansari") claims incorrectly that MetLife arbitrarily and capriciously determined that she did not meet an employee benefit plan's definition of disability (i.e., unable to perform the duties of any occupation due to sickness). The Court should enter judgment on the administrative record in favor of MetLife because based, *inter alia*, on the reports of its medical director and an independent consulting physician, MetLife reasonably determined that Ansari's left foot problem did not prevent her from performing a sedentary occupation.

The specific grounds for defendant's motion are set forth in defendant's memorandum of law filed herewith and incorporated herein.

WHEREFORE, defendant respectfully requests that the Court grant its motion for judgment on the administrative record and for such other and further relief as may be just.

Respectfully Submitted,

METROPOLITAN LIFE INSURANCE COMPANY

By Its Attorneys,
SULLOWAY & HOLLIS, P.L.L.C.

DATED:  October 29, 2014		By:   /s/ William D. Pandolph, Esq.
				William D. Pandolph, Esq. BBO #625133
				9 Capitol Street
				P.O. Box 1256
				Concord, NH 03302-1256
				(603)224-2341
				e-mail:  wpandolph@sulloway.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 29, 2014.

DATED:  October 29, 2014		By:   /s/ William D. Pandolph, Esq.
				William D. Pandolph, Esq.