UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETT

ELEANOR ANSARI,
        Plaintiff

v.                                      CIVIL ACTION NO. 14cv30035-KPN

METROPOLITAN LIFE INSURANCE COMPANY,
        Defendant(s)

## JUDGMENT IN A CIVIL CASE

MASTROIANNI, U.S.D.J,:

☐ **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment entered for the Defendant pursuant to the Memorandum and Order of the Court entered on December 11, 2014 granting the Defendant's Motion for Judgment as a Matter of Law and denying the Plaintiff's Motion for Judgment on the Pleadings.

ROBERT M. FARRELL,
CLERK OF COURT

Dated: December 12, 2014                      By /s/ Mary Finn
                                                                          Deputy Clerk

NOTE: The post judgment interest rate effective this date is ____%.

(mefjudgment.wpd - 3/7/2005)